## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

JOSHUA E. POWELL,                    )
                                     )
             Plaintiff,              )
                                     )
v.                                   )                CV425-196
                                     )
THE STAFF OF COASTAL                 )
STATE PRISON,                        )
                                     )
             Defendant.              )

## ORDER

*Pro se* plaintiff Joshua E. Powell filed this case asserting 42 U.S.C. § 1983 claims concerning the conditions of his confinement. *See generally* doc. 1. The Court granted him leave to proceed *in forma pauperis* and directed him to complete and return the necessary forms. *See generally* doc. 6. He did not return the forms timely. *See generally* docket; *see also* doc. 7 (copy of account statement omitting completed form). The prior Order warned him that failure to comply timely would result in dismissal of his case. *See* doc. 6 at 5.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have

the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).  Powell's failure to comply with the Court's Order and prosecute this case provides a sufficient reason to dismiss his Complaint.

Accordingly, Powell's Complaint, doc. 1, is **DISMISSED** for failing to obey a court order and failing to prosecute his case.  *See, e.g.,* Fed. R. Civ. P. 41(b).  The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 15th day of May, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2